CATHERINE E. HOLZHAUSER, SBN 118756
CRAIG L. SCHECHTER, SBN 308968
**BEESON, TAYER & BODINE, APC**
520 Capitol Mall, Suite 300
Sacramento, CA  95814-4714
Telephone:  (510) 625-9700
Facsimile:  (510) 625-8275
Email:  cholzhauser@beesontayer.com
cschechter@beesontayer.com

Attorneys for Plaintiff
TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(k) PLAN

# UNITED STATES DISTRICT COURT CALIFORNIA

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT OAKLAND

| | |
|---|---|
| TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(k) PLAN,<br><br>Plaintiff,<br><br>v.<br><br>AUTORETURN SAN FRANCISCO, LLC.,<br><br>Defendant. | Case No. 4:24-CV-08982-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL (FRCP 41(a))**<br><br>Judge:  Hon. Donna M. Ryu<br><br>Complaint Filed:  December 12, 2024 |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro 41(a)(1)(A)(i), Plaintiff TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(k) PLAN voluntarily dismisses the above-captioned action.

Dated:  February 28, 2025

BEESON, TAYER & BODINE, APC

By:  */S/ CRAIG L. SCHECHTER*
CRAIG L. SCHECHTER
Attorneys for TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(K) PLAN